# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1002**　　　　　　　　　　　　　　　　**September Term, 2021**

**Filed On: January 6, 2022**

In re: National Nurses United, et al.,

　　　　Petitioners

**BEFORE:**　Wilkins, Rao, and Jackson, Circuit Judges

## O R D E R

Upon consideration of the emergency petition for writ of mandamus and request for expedited briefing and disposition, it is

**ORDERED**, on the court's own motion, that respondents file a response to the emergency petition for writ of mandamus, not to exceed 7,800 words, by Friday, January 21, 2022 at 4:00 p.m. Any reply, not to exceed 3,900 words, is due by Thursday, January 27, 2022, at 4:00 p.m.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Manuel J. Castro
　　Deputy Clerk